Samuel E. **HALEY**, Jr.,
Plaintiff–Appellant

v.

Deborah **VINSON**, D.O.N. and CCHP; Stephanie Kasting, RN, HSA, CCHP; Glen Babich, M.D., Medical Director, CCHP; Dan Martinez, # 39182–Functional Unit Manager; Bryan Hoskins; Charles Reed, Sgt., # 53541 of Housing Unit # 2, Defendants–Appellees.

No. 13–1058.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 20, 2013.

Filed: Sept. 25, 2013.

Samuel E. Haley, Jr., MO, pro se.

Andrew F. Babitz, Peter J. Dunne, Pitzer & Snodgrass, Jessica L. Liss, Jackson & Lewis, Mary Delworth, David G. Kirby, Assistant Attorney General, Attorney General's Office, Saint Louis, MO, for Defendant–Appellee.

Before LOKEN, BYE, and BENTON, Circuit Judges.

PER CURIAM.

Samuel E. Haley, Jr. appeals following the district court's[1] adverse grant of sum-

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

1. The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

mary judgment in his 42 U.S.C. § 1983 action. Having conducted careful review of Haley's assertions of error, we find that there is no basis for reversal, and that an extended opinion is unwarranted. The judgment of the district court is affirmed, *see* 8th Cir. R. 47B, and Haley's two pending motions are denied.